# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Peter T. Buecher,

Case No. Civil 00-2540 DSD/JMM

v.

**JUDGMENT IN A CIVIL CASE**

Independent School District #623,
known as Roseville Area Schools; et al

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** THAT:

Defendants' motion for summary judgment is granted in its entirety and plaintiff's claims are dismissed with prejudice.

DATE: January 15, 2002

RICHARD D. SLETTEN, CLERK

Julie Rustad, Deputy Clerk

(31)